187 P.3d 593

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Tailo ....................................... 26825 11/29/2007 Vacated & remanded

Brewer v. Claes..................................... 26921 11/29/2007 Affirmed

State v. Makekau .................................. 27622, 12/31/2007 Affirmed
27744

Wilderman v. State ............................... 26970 01/31/2008 Affirmed

Hawkins v. Waikoloa Village Ass'n .................. 26626 02/05/2008 Reversed, affirmed & vacated

Valenzona v. Carlisle............................... 26999 02/05/2008 Affirmed

Freddy Nobriga Enterprises, Inc. v. State, Dept. of
Hawaiian Home Lands .......................... 28149 02/08/2008 Vacated, affirmed & remanded

Rogan v. Northwest Airlines, Inc. ................... 27806 02/27/2008 Vacated & remanded

Ober v. Lighter .................................... 26964 02/28/2008 Vacated & remanded

State v. Kassebeer ................................. 27660 02/29/2008 Affirmed

Beecher Ltd. v. Alvarez & Marsal North America, LLC 28011 03/07/2008 Affirmed

State v. Asarin..................................... 27728 03/19/2008 Affirmed

Hawaiian Ins. & Guar. Co. Ltd. v. McDonald-Webster 26929 03/20/2008 Vacated & remanded

Tablada v. Coward ................................. 27161 03/25/2008 Affirmed in part/ reversed in part

State v. Costa...................................... 28001 03/31/2008 Affirmed

State v. Vidal ...................................... 28363 04/09/2008 Vacated & remanded

State v. Salis ...................................... 27451 04/23/2008 Affirmed in part/vacated in part

State v. Siamani ................................... 28495 05/16/2008 Reversed

State v. Kamai...................................... 27498 05/21/2008 Affirmed

Mancao v. Okimoto Corp. .......................... 28380 05/28/2008 Vacated & remanded

State v. Mason..................................... 28542 05/29/2008 Affirmed

Gomes v. Hawaiian Elec. Co., Inc. .................. 27816 06/30/2008 Vacated & remanded

State v. Jay........................................ 28647 06/30/2008 Vacated & remanded